```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 24246
   ORALIA ZAMORA
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-6496

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/28/2004 and was confirmed 09/21/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  11.78% from remaining funds.

     The case was paid in full 08/15/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
ARONSON FURNITURE           SECURED            2146.00        167.16       2146.00
ARONSON FURNITURE           UNSECURED OTH       857.18           .00        100.86
CONTINENTAL FURNITURE       SECURED             250.00         20.13        250.00
CONTINENTAL FURNITURE       UNSECURED        NOT FILED           .00           .00
FORD MOTOR CREDIT           UNSECURED            114.53          .00         13.49
FORD MOTOR CREDIT           SECURED             5600.00       898.97       5600.00
ECAST SETTLEMENT CORP       UNSECURED            482.22          .00         56.79
CARMEN QUINONEZ             UNSECURED        NOT FILED           .00           .00
ECAST SETTLEMENT CORP       UNSECURED           1995.89          .00        235.06
ELENA M DUARTE              FILED LATE          2243.00          .00           .00
GM CARD                     UNSECURED        NOT FILED           .00           .00
GMC                         UNSECURED        NOT FILED           .00           .00
ECAST SETTLEMENT CORP       UNSECURED           1000.00          .00        117.77
RETAILERS NATIONAL BANK     UNSECURED            195.75          .00         23.05
MICHAEL A PEREZ             UNSECURED          13251.25          .00       1560.60
RESURGENT ACQUISITION LL    UNSECURED           1998.96          .00        235.42
SEARS                       UNSECURED        NOT FILED           .00           .00
SINAI MEDICAL CROUP         UNSECURED        NOT FILED           .00           .00
SINAI MEDICAL CROUP         UNSECURED        NOT FILED           .00           .00
T-MOBILE BANKRUPTCY         UNSECURED            286.28          .00         33.72
ROUNDUP FUNDING LLC         UNSECURED            192.10          .00         22.62
VALUE CITY STORE CREDIT     UNSECURED        NOT FILED           .00           .00
VASCULAR & GENERAL SURGI    UNSECURED        NOT FILED           .00           .00
ECAST SETTLEMENT CORP       UNSECURED            807.11          .00         95.05
ECAST SETTLEMENT CORP       UNSECURED            459.77          .00         54.15
JOSEPH WROBEL               DEBTOR ATTY         1,994.00                   1,994.00
TOM VAUGHN                  TRUSTEE                                          775.16
DEBTOR REFUND               REFUND                                            28.61

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
```

PAGE  1 - CONTINUED ON NEXT PAGE
   CASE NO. 04 B 24246 ORALIA ZAMORA

```
--------------------------------------------------------------------------------
TRUSTEE                                       14,428.61

PRIORITY                                                              .00
SECURED                                                          7,996.00
    INTEREST                                                     1,086.26
UNSECURED                                                        2,548.58
ADMINISTRATIVE                                                   1,994.00
TRUSTEE COMPENSATION                                               775.16
DEBTOR REFUND                                                       28.61
                                       ---------------    ---------------
TOTALS                                       14,428.61          14,428.61
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                                                  /s/ Tom Vaughn
   Dated: 11/29/07                _____
                                            TOM VAUGHN
                                            CHAPTER 13 TRUSTEE